IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RUSSEL K. IPSON,<br><br>                    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | ORDER ADOPTING REPORT AND<br>RECOMMENDATION<br><br><br><br>Case No. 2:14-CV-852 TS-PMW<br><br>District Judge Ted Stewart |

Plaintiff filed his Complaint on November 19, 2014. This matter was subsequently

referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge

issued a Report and Recommendation on September 8, 2017. This matter is before the Court for

consideration of that Report and Recommendation.

The Magistrate Judge recommends that the Commissioner's decision be affirmed because

it is supported by substantial evidence and is free of legal error. Pursuant to 28 U.S.C. § 636(b),

a party has 14 days after being served with a copy of the Report and Recommendation to file an

objection. Neither party has done so. The Court has considered the materials in the file and the

Report and Recommendation. It is therefore

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 27) is

ADOPTED IN FULL. It is further

ORDERED that the Commissioner's decision is affirmed.

DATED this 26th day of September, 2017.

BY THE COURT:

_____
Ted Stewart
United States District Judge